IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LOVONE JOYCE DRAIN, Individually and as personal representative of the ESTATE OF ELOISE SMITH, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. |
| DOCTOR'S HOSPICE OF GEORGIA, INC., | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF REMOVAL

Defendant Doctor's Hospice of Georgia, Inc., respectfully submits this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 to remove the above-captioned matter from the State Court of Clayton County, State of Georgia, in which the case is now pending, to the United States District Court for the Northern District of Georgia, Atlanta Division.

In support thereof, Defendant states as follows:

1.   <u>Complaint</u>:  On April 10, 2015, Plaintiff filed her Complaint against Defendant Doctor's Hospice[1] in the State Court of Clayton County, State of Georgia, Case Number: 2015CV00534. (Ex. 1) On or about June 18, 2018, Plaintiff filed a "Notice"[2] (the "Plaintiff's Notice") purporting to amend the Complaint by adding claims for violation of various federal regulations. (*See* Ex. 2) The Plaintiff's Notice concluded "[t]o the extent necessary this notice constitutes an amendment to the Complaint." (Ex. 2 at p. 4.); 28 U.S.C. § 1441(b)(1); *see generally Bollinger v. State Farm Mut. Auto. Ins. Co.*, 538 Fed. Appx. 857 (11th Cir. 2013).

This Notice of Removal is timely under 28 U.S.C. § 1446 because it is filed within thirty days after receipt of the Plaintiff's Notice (Ex. 2) through service or otherwise.

2.   <u>Pleadings and Process</u>: True and correct copies of the Summons and Complaint are attached hereto as Exhibit "1" and the June 2018 Plaintiff's Notice is attached as Exhibit "2", as required by 28 U.S.C. §1446(a).  Defendant has attached all process, pleadings, or orders as Exhibit "3".

---

[1] The Complaint also named LongLeaf, LLC, and Peter Lee, M.D. Both LongLeaf and Dr. Lee were dismissed from the lawsuit before this Notice of Removal was filed.

[2] The Plaintiff's Notice is fully styled "Additional Explicit Notice that, Amongs [sic] Other Claims, Plaintiff Seeks to Recover for Defendant's Negligent and/or Intentional Violation of Federal Regulations and/or Contractual Duties Applicable to Eloise Smith's Stay in Defendant's Hospice Care Facility."

3. <u>Basis for Jurisdiction in this Court</u>: The basis for jurisdiction in this Court is federal question under 28 U.S.C. § 1331. On June 18, 2018, Plaintiff amended her Complaint via the Plaintiff's Notice to include allegations that Defendant Doctor's Hospice violated various Code of Federal Regulations sections, including 42 CFR §§ 418.110, 418.3, 418.108, and 418.100 and violated a contract based on the same CFR sections. (Ex. 2). Plaintiff further alleges that Defendant was negligent in the care provided to Plaintiff's Decedent. (*See generally* Ex. 1 and 2) This Court has supplemental jurisdiction over Plaintiff's state law negligence claims under 28 U.S.C. § 1367.

4. <u>Notice Given</u>: Defendant will give written notice of the filing of this Notice of Removal to Plaintiff, and will file a copy of this Notice of Removal with the Clerk of the State Court of Clayton County, State of Georgia, as required by 28 U.S.C. § 1446(d).

5. <u>Payment of Costs</u>: Payment of the appropriate fees and costs for removal and docketing of this matter in federal court, if any, are tendered with this Notice.

6. <u>Reservation of Defenses</u>: Because this Notice of Removal is neither a responsive pleading nor a motion under Rule 12 of the Federal Rules of Civil Procedure, Defendant has not waived the right to assert any applicable defenses by

removing this action from state court. Rule 12 of the Federal Rules of Civil Procedure provides that every defense to a claim for relief in any pleading shall be asserted in the responsive pleading or by motion. *See* Fed. R. Civ. P. 12(b). Defendant filed a responsive pleading asserting defenses in the State Court of Clayton County, State of Georgia. If required, Defendant will respond or plead in a timely fashion pursuant to the Federal Rules of Civil Procedure.

WHEREFORE, Defendant respectfully requests that this action proceed in this Court as an action properly removed hereto.

Respectfully submitted this 18th day of June, 2018.

                                         /s/ Thomas E. Lavender, III\_\_\_\_
                                        Thomas E. Lavender III
                                        Georgia Bar No. 439389
                                        Andrew J. King
                                        Georgia Bar No. 926908

FISHERBROYLES, LLP
945 East Paces Ferry Road
Suite 2000
Atlanta, Georgia 30326
(404) 400.4500
Ted.Lavender@FisherBroyles.com
Andrew.King@FisherBroyles.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LOVONE JOYCE DRAIN, Individually and as personal representative of the ESTATE OF ELOISE SMITH,<br><br>    Plaintiffs,<br><br>v.<br><br>DOCTOR'S HOSPICE OF GEORGIA, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION FILE NO. |

## **CERTIFICATE OF SERVICE**

I do hereby certify that I am counsel for Defendant and that on this date I filed the foregoing using the CM/ECF system, which will automatically send notification of such filing to:

> H.J.A. Alexander
> Alexander Law Firm, P.C.
> 2160 High Point Trail
> Atlanta, Georgia 30331

This 18th day of June, 2018

                                                     /s/ Thomas E. Lavender, III_____
                                                    Thomas E. Lavender III
                                                    Georgia Bar No. 439389
                                                    Andrew J. King
                                                    Georgia Bar No. 926908

FISHERBROYLES, LLP
945 East Paces Ferry Road
Suite 2000
Atlanta, Georgia 30326
(404) 400.4500
Ted.Lavender@FisherBroyles.com
Andrew.King@FisherBroyles.com